

**Tracey L. Hamiter, etc. v. Life Care Center of Columbia , et al 2016-CP-40-750 (USDC 3:16-870-MBS)**

Mary Deal    to: mcbridej                                    04/11/2016 11:23 AM

From:    Mary Deal/SCD/04/USCOURTS
To:      mcbridej@rcgov.us

Please be advised that the Honorable Margaret B. Seymour, Senior United States District Judge, has entered an order granting a motion to withdraw the Notice of Removal of this case.  Please see the TEXT order below.  **Please acknowledge receipt of this order by replying to this email as confirmation .**


16cv870 remand.pdf


*Mary E. Deal*
*Courtroom Deputy for Hon. Cameron McGowan Currie*
*and Hon. Margaret B. Seymour*
*Columbia, SC*
*(803) 253-3921*